UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| CHARIS MAPSON, | ) |
| Petitioner, | ) |
| v. | ) Case No. 7:22-cv-01405-LCB-JHE |
| WARDEN NEELY, | ) |
| Respondent. | ) |

## MEMORANDUM OPINION

Petitioner Charis Mapson filed a *pro se* amended petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, challenging the Bureau of Prisons' application of First Step Act time credits to her sentence. (Doc. 4). On December 20, 2023, the magistrate judge entered a report recommending the court deny Mapson's amended petition (Doc. 4) and dismiss her claims without prejudice. (Doc. 19). The magistrate judge further recommended the court deny Mapson's motion to compel judgment granting her amended petition (Doc. 17). (Doc. 19). Although the magistrate judge advised Mapson of her right to file written objections within 14 days, the court has not received any objections.

After careful consideration of the record in this case and the magistrate judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. Consistent with that recommendation, the court finds that Mapson's amended

petition for a writ of habeas corpus (Doc. 4) is due to be denied and the claims are due to be dismissed without prejudice.  Additionally, Mapson's motion to compel judgment granting her amended petition (Doc. 17) is due to be denied.

A Final Judgment will be entered.

**DONE** and **ORDERED** January 19, 2024.

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE